LATHAM & WATKINS LLP
   Alan B. Clark (Bar No. 64779)
   alan.clark@lw.com
   Ethan J. Brown (Bar No. 218814)
   ethan.brown@lw.com
   Kristin L. Peters (Bar No. 229127)
   kristin.peters@lw.com
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485.1234
Facsimile: (213) 891.8763

Attorneys for Defendant
AMERICO FINANCIAL LIFE AND
ANNUITY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| JENNIFER WINBERY, ALICE M. BURKE, CONSTANTINO M. AGUILAR, DONNA A. HOFFART and RONALD J. HOFFART, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>   vs.<br><br>AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, EQUITA FINANCIAL AND INSURANCE SERVICES and DOES 1 through 100,<br><br>               Defendants. | CASE NO.  CV 09-0134 SBA<br><br>**JOINT STIPULATION TO ENLARGE TIME FOR THE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>[Civil L.R. 16-2; Civil L.R. 7-12]<br><br>Hon. Saundra B. Armstrong<br><br>Complaint Filed: January 12, 2009 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1961395.3

JOINT STIPULATION TO ENLARGE TIME FOR CASE
MANAGEMENT CONFERENCE
Case No. CV 09-0134 SBA

By this stipulation, all parties to this action – Plaintiffs Jennifer Winbery, Alice M. Burke, Constantino M. Aguilar, Donna A. Hoffart and Ronald J. Hoffart on behalf of themselves and all others similarly situated ("Plaintiffs"), Defendant Americo Financial Life and Annuity Insurance Company ("Americo") and Defendant Equita Financial and Insurance Services ("Equita") (collectively "the Parties") – seek court approval for additional time to file the Initial Case Management Statement and to hold the Case Management Conference.

1. As required by the Court's January 12, 2009 Order Setting Initial Case Management Conference and ADR Deadlines, all Parties met and conferred via telephone on March 30, 2009 regarding initial disclosures, the possibility of early settlement, ADR process selection and plans for discovery. Specifically, the Parties agreed to conduct private mediation at the close of fact discovery to facilitate a possible resolution without the need for trial.

2. The Parties agreed that additional time was necessary to gather the information needed to provide meaningful initial disclosures pursuant to Rule 26(a).

3. The Parties also agreed that because this matter consists of a complicated class action and was only recently filed, it would be a better use of judicial resources to reschedule the Initial Case Management Conference and the deadlines predicated on that conference so that all Parties can gather sufficient facts and conduct appropriate preliminary investigations to participate more meaningfully in the conference.

4. The Parties wish to use the coming weeks to locate information relevant to the required initial disclosures, class certification, discovery, motion and trial schedules to maximize the utility of the Initial Case Management Conference.

5. Counsel for all Parties have conferred and have reached the following agreement.

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby STIPULATE AS FOLLOWS and request that the Court order that:

(1) The last day to file the Rule 26(f) Report, complete initial disclosures or state objections and file their Case Management Statement be moved from April 15, 2009 to May 29, 2009; and

(2) That the Initial Case Management Conference be moved from April 22, 2009 at 2:45 p.m. by telephone to June 2, 2009 or the first available date after June 15 at any specific time that is convenient for the Court, by telephone.

**PROPOSED REVISED CASE MANAGEMENT SCHEDULE**

| Description | Currently Scheduled | Proposed Schedule |
|---|---|---|
| Last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement per Standing Order | April 15, 2009 | May 29, 2009 |
| Initial Case Management Conference | April 22, 2009 at 2:45 p.m. | June 2, 2009 or the first available date after June 15 at a time convenient to the Court |

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: April 2, 2009 | LATHAM & WATKINS LLP |
| 2 | | Alan B. Clark |
| | | Ethan J. Brown |
| 3 | | Kristin L. Peters |
| 4 | | |
| | | By /s/ Alan B. Clark |
| 5 | | |
| | | Alan B. Clark |
| 6 | | Attorneys for Defendant AMERICO |
| 7 | | FINANCIAL LIFE AND ANNUITY |
| | | INSURANCE COMPANY |
| 8 | | |
| 9 | | |
| | Dated: April 2, 2009 | CARICO RICE & TOOMEY LLP |
| 10 | | Philip A. Toomey |
| 11 | | |
| | | By /s/ Philip A. Toomey |
| 12 | | |
| | | Philip A. Toomey |
| 13 | | Attorneys for Defendant EQUITA |
| 14 | | FINANCIAL AND INSURANCE |
| | | SERVICES |
| 15 | | |
| 16 | Dated: April 2, 2009 | CASPER, MEADOWS, |
| | | SCHWARTZ & COOK |
| 17 | | Michael D. Meadows |
| 18 | | |
| 19 | | By /s/ Michael D. Meadows |
| | | Michael D. Meadows |
| 20 | | Attorneys for Plaintiffs JENNIFER |
| 21 | | WINBERY, et al. |

LATHAM&WATKINS LLP LA\1961395.3
ATTORNEYS AT LAW
LOS ANGELES

3

JOINT STIPULATION TO ENLARGE TIME FOR
CASE MANAGEMENT CONFERENCE
Case No. CV 09-0134 SBA


# ORDER

PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for **April 22, 2009**, shall be CONTINUED to **July 1, 2009, at 2:30 p.m.**  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges of The Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated: 4/6/09                           By_____*Saundra B. Armstrong*_____
                                             Hon. Saundra B. Armstrong

LATHAM&WATKINS LLP  LA\1961395.3
ATTORNEYS AT LAW
LOS ANGELES

4

JOINT STIPULATION TO ENLARGE TIME FOR
CASE MANAGEMENT CONFERENCE
Case No. CV 09-0134 SBA