LATHAM & WATKINS LLP
    Alan B. Clark (Bar No. 64779)
    alan.clark@lw.com
    Ethan J. Brown (Bar No. 218814)
    ethan.brown@lw.com
    Kristin L. Peters (Bar No. 229127)
    kristin.peters@lw.com
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone:  (213) 485.1234
Facsimile:  (213) 891.8763

Attorneys for Defendant
AMERICO FINANCIAL LIFE AND
ANNUITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| JENNIFER WINBERY, ALICE M. BURKE, CONSTANTINO M. AGUILAR, DONNA A. HOFFART and RONALD J. HOFFART, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, EQUITA FINANCIAL AND INSURANCE SERVICES and DOES 1 through 100,<br><br>                    Defendants. | CASE NO.  CV 09-0134 SBA<br><br>**JOINT STIPULATION TO ENLARGE TIME FOR THE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>[Civil L.R. 16-2; Civil L.R. 7-12]<br><br>Hon. Saundra B. Armstrong<br><br>Complaint Filed:  January 12, 2009 |

LATHAM & WATKINS LLP  LA\1981650.1
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO ENLARGE TIME FOR CASE
MANAGEMENT CONFERENCE
Case No. CV 09-0134 SBA

By this stipulation, all parties to this action – Plaintiffs Jennifer Winbery, Alice M. Burke, Constantino M. Aguilar, Donna A. Hoffart and Ronald J. Hoffart on behalf of themselves and all others similarly situated ("Plaintiffs"), Defendant Americo Financial Life and Annuity Insurance Company ("Americo") and Defendant Equita Financial and Insurance Services ("Equita") (collectively "the Parties") – seek court approval for additional time to file the Initial Case Management Statement and to hold the Case Management Conference.

1. As required by the Court's January 12, 2009 Order Setting Initial Case Management Conference and ADR Deadlines, all Parties met and conferred via telephone on March 30, 2009 regarding initial disclosures, the possibility of early settlement, ADR process selection and plans for discovery. Specifically, the Parties agreed to conduct private mediation at the close of fact discovery to facilitate a possible resolution without the need for trial.

2. The Parties agreed that additional time was necessary to gather the information needed to provide meaningful initial disclosures pursuant to Rule 26(a) and on April 2, 2009 submitted a stipulation and proposed order to the Court to extend the time to exchange Rule 26(a) disclosures and to extend the date of the initial case management conference.

3. On April 6, 2009, the Court entered an order confirming the parties' stipulation and moved the initial Case Management Conference to July 1, 2009.

4. The parties have communicated further and are currently collaborating to draft a joint Rule 26(f) Report and a joint Case Management Statement. The parties have agreed to exchange Rule 26(f) initial disclosures on June 26, 2009.

5. Due to scheduling conflicts of counsel, including Americo's lead counsel who will be out of the country, the parties have agreed and respectfully ask the Court for a short delay in the Initial Case Management

Conference to a later date in July.

Counsel for all Parties have conferred and have reached the following agreement.

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby STIPULATE AS FOLLOWS and request that the Court order that:

(1) The parties will exchange initial disclosures on June 26, 2009;

(2) The last day to file the Rule 26(f) Report and file their Case Management Statement be moved from June 19, 2009 to July 3, 2009; and

(3) That the Initial Case Management Conference be moved from July 1, 2009 at 2:30 p.m. to July 13 or 14, 2009 by telephone.

**PROPOSED REVISED CASE MANAGEMENT SCHEDULE**

| Description | Currently Scheduled | Proposed Schedule |
| --- | --- | --- |
| Parties to exchange initial disclosures | June 19, 2009 | June 26, 2009 |
| Last day to file Rule 26(f) Report, and file Case Management Statement per Standing Order | June 19, 2009 | July 3, 2009 |
| ~~Initial Case Management Conference~~ | ~~July 1, 2009 at 2:30 p.m.~~ | ~~July 13 or 14, 2009~~ |

**IT IS SO STIPULATED.**

LATHAM&WATKINS LLP  LA\1981650.1
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT STIPULATION TO ENLARGE TIME FOR
CASE MANAGEMENT CONFERENCE
Case No. CV 09-0134 SBA

| | | |
|---|---|---|
| 1 | Dated: June 2, 2009 | LATHAM & WATKINS LLP |
| 2 | | Alan B. Clark |
| 3 | | Ethan J. Brown |
| | | Kristin L. Peters |
| 4 | | |
| | | By /s/ Alan B. Clark |
| 5 | | |
| | | Alan B. Clark |
| 6 | | Attorneys for Defendant AMERICO |
| 7 | | FINANCIAL LIFE AND ANNUITY |
| | | INSURANCE COMPANY |
| 8 | | |
| 9 | | |
| | Dated: June 2, 2009 | STRASBURGER & PRICE, LLP |
| 10 | | Scott A. Shanes (*pro hac vice*) |
| 11 | | Tiffany L. C. Hawkins (*pro hac vice*) |
| 12 | | |
| | | By /s/ Scott A. Shanes |
| 13 | | Scott A. Shanes |
| 14 | | Attorneys for Defendant EQUITA |
| | | FINANCIAL AND INSURANCE |
| 15 | | SERVICES |
| 16 | | |
| | Dated: June 2, 2009 | CASPER, MEADOWS, |
| 17 | | SCHWARTZ & COOK |
| 18 | | Michael D. Meadows |
| 19 | | |
| | | By /s/ Michael D. Meadows |
| 20 | | Michael D. Meadows |
| 21 | | Attorneys for Plaintiffs JENNIFER |
| | | WINBERY, et al. |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LATHAM&WATKINS LLP  LA\1981650.1
ATTORNEYS AT LAW
LOS ANGELES

3

JOINT STIPULATION TO ENLARGE TIME FOR
CASE MANAGEMENT CONFERENCE
Case No. CV 09-0134 SBA

**ORDER**

IT IS HEREBY ORDERED THAT the parties' stipulation is approved, as modified. The Case Management Conference currently scheduled for July 1, 2009 at 2:30 p.m. shall be CONTINUED to **September 17, 2009 at 2:45 p.m.**

IT IS FURTHER ORDERED THAT the parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated: June 5, 2009

By \_\_\_\_*[signature]*\_\_\_\_
Hon. Saundra B. Armstrong
U.S. District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1981650.1

4

JOINT STIPULATION TO ENLARGE TIME FOR CASE MANAGEMENT CONFERENCE
Case No. CV 09-0134 SBA