| | |
|---|---|
| 1  LATHAM & WATKINS LLP Ethan | |
| 2      J. Brown (Bar No. 218814) | CASE NO. CV 09-0134 SBA |
|        ethan.brown@lw.com | |
| 3  355 South Grand Avenue | **JOINT STIPULATION AND ORDER TO REASSIGN CASE TO THE** |
| 4  Los Angeles, CA 90071-1560 | **HONORABLE JOSEPH C. SPERO** |
|    Telephone: (213) 485.1234 | |
| 5  Facsimile: (213) 891.8763 | Hon. Saundra B. Armstrong |
| 6 | Complaint Filed: January 12, 2009 |
|    ALLEN MATKINS LECK GAMBLE | |
| 7  MALLORY & NATSIS LLP | Trial Date: February 7, 2011 |
| 8      Alan B. Clark (Bar No. 64779) | |
|        aclark@allenmatkins.com | |
| 9  515 South Figueroa Street, 9th Floor | |
| 10 Los Angeles, CA 90071-3398 | |
|    Telephone: (213) 622.5555 | |
| 11 Facsimile: (213) 620.8816 | |

Attorneys for Defendant
AMERICO FINANCIAL LIFE AND
ANNUITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WINBERY, ALICE M. BURKE, CONSTANTINO M. AGUILAR, DONNA A. HOFFART and RONALD J. HOFFART, on behalf of themselves and all others similarly situated, | |
|                       Plaintiffs, | |
|           vs. | |
| AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, EQUITA FINANCIAL AND INSURANCE SERVICES and DOES 1 through 100, | |
|                       Defendants. | |

## STIPULATION

WHEREAS, on January 12, 2009, Jennifer Winbery, et al. ("Plaintiffs") filed a Class Action Complaint against Americo Financial Life and Annuity Insurance Co. and Equita Financial and Insurance Services (collectively, "Defendants") for (1) Fraud; (2) Unfair Business Practices; and (3) Recission and Restitution in the above-captioned action;

WHEREAS, trial is currently scheduled for February 7, 2011 in this Court;

WHEREAS, pursuant to Civil Local Rule 73-1(b), the parties consent to the Court reassigning the case to a magistrate judge for all purposes, including entry of final judgment;

WHEREAS, the parties request reassignment to the Honorable Joseph C. Spero, Magistrate Judge in the U.S. District Court, Northern District of California;

WHEREAS, the parties plan to timely submit an agreed-upon schedule to Magistrate Judge Spero upon reassignment;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants through their respective counsel, as follows:

1. This action is hereby reassigned, for all purposes, to the Honorable Joseph C. Spero, Magistrate Judge in the U.S. District Court, Northern District of California;

2. All dates previously set in this action are ordered vacated and off calendar.

The parties respectfully request that the Court enter its Order in accordance herewith.

///
///
///

1  ///

2  Dated: April //, 2010           LATHAM & WATKINS LLP
3                                      Ethan J. Brown
4                                  ALLEN MATKINS LECK GAMBLE
                                   MALLORY & NATSIS LLP
5                                      Alan B. Clark
6
7                                  By: /s/ Ethan J. Brown
8
9                                  Attorney for Defendant
                                   AMERICO FINANCIAL LIFE AND
                                   ANNUITY INSURANCE COMPANY
10
11
12 Dated: April 11, 2010           STRASBURGER & PRICE LLP
13                                 CARICO RICE TOOMEY LLP
14
15                                 By: ac-ott a°
16
17                                 Attorney for Defendant
                                   EQUITA FINANCIAL AND INSURANCE
                                   SERVICES
18
19
20 Dated: April ___ , 2010         CASPER, MEADOWS,
                                   SCHWARTZ & COOK
21                                     Michael D. Meadows
22                                  CORNERSTONE LAW GROUP
                                    Gordon W. Renneisen
23
24
                                   97,\)--,4 By: J
25
26                                 Attorney for Plaintiffs JENNIFER
                                   WINBERY, ET AL.
27
28  ///

1  **ORDER**
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4  DATED: April 20, 2010
5  _____
   Honorable Saundra B. Armstrong
   United States District Judge