

May 10, 2010

SCOTT A. SHANES
469.287.3906
Direct Fax: 469.227.6568
scott.shanes@strasburger.com

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District Court of California
Courtroom A
15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

  RE: *Winbery et al v. Americo Financial Life and Annuity Insurance Company et al*; Case No. 3:09-cv-00134-JCS; In the United States District Court for the Northern District of California

Dear Magistrate Judge Spero:

I am lead counsel for Defendant Equita Financial in the above-referenced case. I respectfully request permission to attend telephonically the upcoming Case Management Conference scheduled for May 21, 2010 at 1:30 p.m. PST. My telephone number is 469.287.3906.

Your consideration is appreciated. If you have any questions, please contact me.

Sincerely,

Scott A. Shanes
/tv

c: Michael D. Meadows, Esq.
  Gordon W. Renneisen, Esq.
  Ethan J. Brown, Esq.
  Phillip. A. Toomey, Esq.



IT IS SO ORDERED
Judge Joseph C. Spero

Dated: May 17, 2010

---

**Strasburger & Price, LLP**
2801 Network Boulevard, Suite 600 • Frisco, Texas 75034 • 469.287.3900 tel • 469.287.3999 fax • www.strasburger.com
Austin • Collin County • Dallas • Houston • New York • San Antonio • Washington D.C.
Strasburger & Price, SC - Mexico City

3070530.1/SP/14697/0109/051010

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is: 841 Apollo Street, Suite 450, El Segundo, California 90245.

On May 12, 2010, I served the following document described as **LETTER TO MAGISTRATE JUDGE SPERO FROM SCOTT A. SHANES REGARDING REQUEST FOR PERMISSION TO ATTEND CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 21, 2010 TELEPHONICALLY** on the interested parties to be noticed in said action, by mailing a true copy as follows to the addressee(s) as listed below:

**SEE ATTACHED SERVICE LIST**

☐ BY MAIL   I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing; under the practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at El Segundo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☒ BY E-MAIL   I transmitted the foregoing document to the addressee(s) as listed above..

☐ BY FACSIMILE   I transmitted the foregoing document to the addressee(s) as listed above.

☐ BY FEDERAL EXPRESS   I am "readily familiar" with the firm's practice for collection and processing of correspondence for overnight mail/Federal Express; under the practice it is deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for to the addressee(s) as listed above.

☒ FEDERAL   I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 12, 2010, at El Segundo, California.

_/s/ Janice Parker_
Janice Parker

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | *Jennifer Winbery, et al. vs. Americo Financial Life and Annunity Insurance Company, et al.* |
| 3 | *U.S.D.C Northern District of California*<br>*Case No. CV 09-0134 SBA* |
| 4 | |
| 5 | Michael D. Meadows<br>Casper, Meadows, Schwartz & Cook |
| 6 | 2121 North California Blvd., Suite 1020<br>Walnut Creek, CA 94596-7333 |
| 7 | *meadows@cmslaw.com* |
| 8 | Gordon W. Renneisen<br>Cornerstone Law Group |
| 9 | 595 Market Street, Suite 2360<br>San Francisco, CA 94105 |
| 10 | *grenneisen@cornerlaw.com* |
| 11 | |
| 12 | Scott Allen Shanes<br>Strasburger & Price, LLP |
| 13 | 2801 Network Boulevard, Suite 600<br>Frisco, TX 75034-1872 |
| 14 | *Scott.Shanes@strasburger.com* |
| 15 | Ethan J. Brown<br>Latham & Watkins |
| 16 | 355 South Grand Avenue<br>Los Angeles, CA 90071-1560 |
| 17 | *eithan.brown@lw.com* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |