# cjtLAW
### an innovative partnership

September 20, 2010

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District Court of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Winbery, et al. v. America Financial Life and Annuity Insurance Company, et al. Case No. 3:09-cv-00134-JCS (N.D. Cal.): Request to Appear Telephonically

Dear Magistrate Judge Spero:

I am counsel for Defendant Equita Financial and Insurance Services in the above-referenced case. I respectfully request permission to attend telephonically the upcoming Case Management Conference scheduled for September 24, 2010 at 1:30 p.m. PST. My telephone number is (310) 545-0010 ext. 103.

Your consideration is appreciated. If you have any questions, please give contact me.

Very truly yours,

CARICO JOHNSON TOOMEY LLP

Dated: 9/21/10   A conference call dial in number is being established by counsel Ethan J. Brown. Mr. Toomey shall contact Mr. Brown for the conference call dial in number and pass code.

Philip A. Toomey

cc: Michael D. Meadows, Esq.
    Gordon W. Renneisen, Esq.
    Scott A. Shanes, Esq.
    Ethan J. Brown, Esq.

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

**CARICO JOHNSON TOOMEY** LLP  841 Apollo Street, Suite 450, El Segundo, CA 90245
www.cjtLLP.com  P: 310.545.0010  F: 310.546.5477

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is: 841 Apollo Street, Suite 450, El Segundo, California 90245.

On September 20, 2010, I served the following document described as **LETTER FROM PHILIP A. TOOMEY, ESQ. REGARDING REQUEST FOR PERMISSION TO ATTEND SEPTMEMBER 24, 2010 CMC TELEPHONICALLY** on the interested parties to be noticed in said action, by mailing a true copy as follows to the addressee(s) as listed below:

SEE ATTACHED SERVICE LIST

☒ BY ELECTRONIC FILING   I electronically filed the above-described document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

☒ BY MAIL   I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing; under the practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at El Segundo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ BY FACSIMILE   I transmitted the foregoing document to the addressee(s) as listed on the attached Service List.

☐ BY E-MAIL   I transmitted the foregoing document to the addressee(s) as listed on the attached Service List.

☐ BY PERSONAL SERVICE   I caused the foregoing document to be hand delivered to the offices of the addressee(s) as listed above.

☒ FEDERAL   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 20, 2010 at El Segundo, California.

*Janice Parker*
Janice Parker

1
PROOF OF SERVICE

# Mailing Information for a Case 3:09-cv-00134-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ethan Joseph Brown**
  ethan.brown@lw.com,james.moon@lw.com

- **Michael Dennis Meadows**
  meadows@cmslaw.com,elizabeth@cmslaw.com

- **Gordon Wayne Renneisen**
  grenneisen@cornerlaw.com,kfrost@cornerlaw.com,pprill@cornerlaw.com

- **Scott Allen Shanes**
  scott.shanes@strasburger.com

- **Philip Anthony Toomey**
  ptoomey@cjtllp.com,sjohnson@cjtllp.com

- **Jennifer Amy Zimbroff**
  jennifer.zimbroff@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alan Benjamin Clark
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 South Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309

Tiffany Lee Cox Hawkins
Strausburger & Price LLP
2801 Network Boulevard
Frisco, TX 75034

Stuart Johnson
Carico Rice Toomey, LLP
841 Apollo Street
Suite 450
El Segundo, CA 90245
```

## SERVICE LIST

*Jennifer Winbery, et al. vs. Americo Financial Life and Annuity Insurance Company, et al.*
USDC Case No. CV 09-0134 SBA

| | |
|---|---|
| Michael D. Meadows, Esq.<br>Casper, Meadows & Schwartz<br>2121 North California Blvd., Suite 1020<br>Walnut Creek, CA 94596<br>meadows@cmslaw.com | ***Attorneys for Plaintiff, Jennifer Winbery, et al.*** |
| Gordon W. Renneisen, Esq.<br>Cornerstone Law Group<br>595 Market Street, Suite 2360<br>San Francisco, CA 94105<br>grenneisen@cornerstonelaw.com | ***Attorneys for Plaintiff, Jennifer Winbery, et al.*** |
| Ethan J. Brown, Esq.<br>Jennifer A. Zimbroff, Esq.<br>Latham & Watkins LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>ethan.brown@lw.com<br>jennifer.zimbroff@lw.com | ***Attorneys for Defendant, Americo Financial Life and Annuity Insurance Company*** |
| Alan B. Clark, Esq.<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>515 South Figueroa Street, 9th Floor<br>Los Angeles, CA 90071-3398<br>aclark@allenmatkins.com | |
| Scott A. Shanes, Esq.<br>Tiffany Lee Cox Hawkins, Esq.<br>Strasburger & Price LLP<br>2801 Network Boulevard, Suite 600<br>Frisco, TX 75034<br>scott.shanes@strasburger.com<br>tiffany.hawkins@strasburger.com | ***Attorneys for Defendant, Equita Financial and Insurance Services*** |