

CORNERSTONE LAW GROUP

GORDON W. RENNEISEN
direct: 415.625.5025
grenneisen@cornerlaw.com

September 21, 2010

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Winbery, et al. v. America Financial Life and Annuity Insurance Company, et al.*
      **Case No. 3:09-cv-00134-JCS**
      **Request to Appear Telephonically**

Dear Magistrate Judge Spero:

Michael Meadows and I are lead counsel for Plaintiffs in the above-referenced case. Mr. Meadows will appear on behalf of Plaintiffs at the upcoming Case Management Conference scheduled for September 24, 2010 at 1:30 p.m. PST. We respectfully request permission for Mr. Meadows to appear telephonically. His telephone number is 1-925-285-9856.

Your consideration is appreciated.

Very truly yours,

Dated: 9/21/10   A conference call dial in number is being established by counsel Ethan J. Brown. Mr. Brown shall provide the conference call number and pass code to Mr. Meadows.

Gordon W. Renneisen

cc:   Scott A. Shanes, Esq.
      Phillip A. Toomey, Esq.
      Ethan J. Brown, Esq.
      Alan B. Clark, Esq.
      Michael D. Meadows, Esq.



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero