

# Strasburger
ATTORNEYS AT LAW

September 21, 2010

SCOTT A. SHANES
469.287.3906
Scott.Shanes@strasburger.com

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Winbery, et al. v. Americo Financial Life and Annuity Insurance Company, Equita Financial and Insurance Services, et al.*

Dear Magistrate Judge Spero:

I am lead counsel for Co-Defendant Equita Financial and Insurance Services. I will participate in the Case Management Conference ("CMC") that is scheduled for September 24, 2010 at 1:30 p.m. PST. I respectfully request permission to appear for the CMC via telephone. My direct dial number is 469.287.3906

I appreciate your consideration of this request.

Sincerely,

Scott A. Shanes

Dated: 9/21/10  A conference call dial in number is being established by counsel Ethan J. Brown. Mr. Brown shall provide the conference call number and pass code to Mr. Shanes.

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

3195958.1/SP/14687/0109/092110

Strasburger & Price, LLP
2801 Network Boulevard, Suite 600 • Frisco, Texas 75034 • 469.287.3900 tel • 469.287.3999 fax • www.strasburger.com
Austin • Collin County • Dallas • Houston • New York • San Antonio • Washington D.C.
Strasburger & Price, SC - Mexico City



The Honorable Joseph C. Spero
September 21, 2010
Page 2

cc:    Michael D. Meadows
       Gordon W. Renneisen
       Alan B. Clark
       Ethan J. Brown
       Phillip A. Toomey

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is: 841 Apollo Street, Suite 450, El Segundo, California 90245.

On September 21, 2010, I served the following document described as **LETTER FROM SCOTT A. SHANES, ESQ. REGARDING REQUEST FOR PERMISSION TO ATTEND SEPTMEMBER 24, 2010 CMC TELEPHONICALLY** on the interested parties to be noticed in said action, by mailing a true copy as follows to the addressee(s) as listed below:

SEE ATTACHED SERVICE LIST

☒ **BY ELECTRONIC FILING** I electronically filed the above-described document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

☒ **BY MAIL** I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing; under the practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at El Segundo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ **BY FACSIMILE** I transmitted the foregoing document to the addressee(s) as listed on the attached Service List.

☐ **BY E-MAIL** I transmitted the foregoing document to the addressee(s) as listed on the attached Service List.

☐ **BY PERSONAL SERVICE** I caused the foregoing document to be hand delivered to the offices of the addressee(s) as listed above.

☒ **FEDERAL** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 21, 2010 at El Segundo, California.

*Janice Parker*
Janice Parker

---

1

PROOF OF SERVICE

# Mailing Information for a Case 3:09-cv-00134-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ethan Joseph Brown**
  ethan.brown@lw.com,james.moon@lw.com

- **Michael Dennis Meadows**
  meadows@cmslaw.com,elizabeth@cmslaw.com

- **Gordon Wayne Renneisen**
  grenneisen@cornerlaw.com,kfrost@cornerlaw.com,pprill@cornerlaw.com

- **Scott Allen Shanes**
  scott.shanes@strasburger.com

- **Philip Anthony Toomey**
  ptoomey@cjtllp.com,sjohnson@cjtllp.com

- **Jennifer Amy Zimbroff**
  jennifer.zimbroff@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alan Benjamin Clark
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 South Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309

Tiffany Lee Cox Hawkins
Strausburger & Price LLP
2801 Network Boulevard
Frisco, TX 75034

Stuart Johnson
Carico Rice Toomey, LLP
841 Apollo Street
Suite 450
El Segundo, CA 90245
```

## SERVICE LIST

*Jennifer Winbery, et al. vs. Americo Financial Life and Annuity Insurance Company, et al.*
USDC Case No. CV 09-0134 SBA

| | |
|---|---|
| Michael D. Meadows, Esq.<br>Casper, Meadows & Schwartz<br>2121 North California Blvd., Suite 1020<br>Walnut Creek, CA 94596<br>meadows@cmslaw.com | *Attorneys for Plaintiff, Jennifer Winbery, et al.* |
| Gordon W. Renneisen, Esq.<br>Cornerstone Law Group<br>595 Market Street, Suite 2360<br>San Francisco, CA 94105<br>grenneisen@cornerstonelaw.com | *Attorneys for Plaintiff, Jennifer Winbery, et al.* |
| Ethan J. Brown, Esq.<br>Jennifer A. Zimbroff, Esq.<br>Latham & Watkins LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>ethan.brown@lw.com<br>jennifer.zimbroff@lw.com | *Attorneys for Defendant, Americo Financial Life and Annuity Insurance Company* |
| Alan B. Clark, Esq.<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>515 South Figueroa Street, 9th Floor<br>Los Angeles, CA 90071-3398<br>aclark@allenmatkins.com | |
| Scott A. Shanes, Esq.<br>Tiffany Lee Cox Hawkins, Esq.<br>Strasburger & Price LLP<br>2801 Network Boulevard, Suite 600<br>Frisco, TX 75034<br>scott.shanes@strasburger.com<br>tiffany.hawkins@strasburger.com | *Attorneys for Defendant, Equita Financial and Insurance Services* |