

# Strasburger
ATTORNEYS AT LAW

November 17, 2010

SCOTT A. SHANES
469.287.3906
Scott.Shanes@strasburger.com

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Winbery, et al. v. Americo Financial Life and Annuity Insurance Company, Equita Financial and Insurance Services, et al.*

Dear Magistrate Judge Spero:

I am lead counsel for Co-Defendant Equita Financial and Insurance Services. I will participate in the Case Management Conference ("CMC") that is scheduled for December 3, 2010 at 1:30 p.m. PST. I respectfully request permission to appear for the CMC via telephone. My direct dial number is 469.287.3906

I appreciate your consideration of this request.

Sincerely,

Scott A. Shanes

Dated: Nov. 18, 2010



IT IS SO ORDERED
Judge Joseph C. Spero

cc: Michael D. Meadows
Gordon W. Renneisen
Alan B. Clark
Ethan J. Brown
Phillip A. Toomey