Ethan J. Brown, Esq.
Direct Line: +1.213.891.8192
ethan.brown@lw.com

355 South Grand Avenue
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Frankfurt | Rome |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

November 16, 2010

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District Court of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

File No. 024699-0014

Re: Winbery et al. v. Americo Financial Life and Annuity Insurance Company et al., Case No. 3:09-cv-00134-JCS (N.D. Cal.); Request to Appear Telephonically

Dear Magistrate Judge Spero:

I am counsel for Defendant Americo Financial Life and Annuity Insurance Company in the above-referenced case. I respectfully request permission to attend telephonically the upcoming Case Management Conference scheduled for December 3, 2010 at 1:30 p.m. PST. My telephone number is number is +1.213.891.8192.

Your consideration is appreciated. If you have any questions, please contact me.

Sincerely,

Ethan J. Brown, Esq.
of LATHAM & WATKINS LLP

cc: Michael D. Meadows, Esq.
Gordon W. Renneisen, Esq.
Scott A. Shanes, Esq.
Phillip. A. Toomey, Esq.
Alan B. Clark, Esq.

Dated: Nov. 18, 2010

IT IS SO ORDERED
Judge Joseph C. Spero

LA\2196416.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, California 90071-1560.

On **November 16, 2010**, I served the following document described as:

### REQUEST TO APPEAR TELEPHONICALLY

by serving a true copy of the above-described document in the following manner:

### BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following parties on **November 16, 2010**:

### SEE ATTACHED SERVICE LIST

The parties on whom this electronic mail has been served have agreed in writing to such form of service pursuant to agreement.

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

### SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 16, 2010**, at Los Angeles, California.

/s/ Jenea C. Rivas
Jenea C. Rivas

LA\2142589.1

# Mailing Information for a Case 3:09-cv-00134-JCS

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ethan Joseph Brown**
  ethan.brown@lw.com,james.moon@lw.com

- **Alan Benjamin Clark**
  aclark@allenmatkins.com,mlew@allenmatkins.com

- **Michael Dennis Meadows**
  meadows@cmslaw.com,elizabeth@cmslaw.com

- **Gordon Wayne Renneisen**
  grenneisen@cornerlaw.com,pprill@cornerlaw.com

- **Scott Allen Shanes**
  scott.shanes@strasburger.com,laura.avenson@strasburger.com

- **Philip Anthony Toomey**
  ptoomey@cjtllp.com,sjohnson@cjtllp.com

- **Jennifer Amy Zimbroff**
  jennifer.zimbroff@lw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Tiffany Lee Cox Hawkins
Strausburger & Price LLP
2801 Network Boulevard
Frisco, TX 75034

Stuart Johnson
Carico Rice Toomey, LLP
841 Apollo Street
Suite 450
El Segundo, CA 90245
```