Michael D. Meadows (State Bar No. 62110)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:    (925) 947-1147
Facsimile:    (925) 947-1131

Gordon W. Renneisen (State Bar No. 129794)
Kenneth A. Frost III (State Bar No. 215582)
**CORNERSTONE LAW GROUP**
595 Market Street, Suite 2360
San Francisco, CA 94105
Telephone:  (415) 625.5025
Facsimile:   (415) 655-8236

Attorneys for Plaintiffs and all others
similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WINBERY, ALICE M. BURKE, CONSTANTINO M. AGUILAR, DONNA A. HOFFART and RONALD J. HOFFART, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>       vs.<br><br>AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, EQUITA FINANCIAL AND INSURANCE SERVICES and DOES 1 through 100,<br>                Defendants. | CASE NO. CV 09-0134 JCS<br><br>**STIPULATION FOR FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hon. Joseph C. Spero<br><br>Complaint Filed:  January 12, 2009<br>Trial Date:  September 12, 2011 |

STIPULATION RE FILING FIRST AMENDED
COMPLAINT
CASE NO. CV 09-0134 JCS

1     The parties to the above-entitled action, plaintiffs Jennifer Winbery, Alice M.
2 Burke, Constantino M. Aguilar, Donna A. Hoffart and Ronald J. Hoffart, on behalf of
3 themselves and all others similarly situated ("Plaintiffs"), defendant Americo Financial
4 Life and Annuity Insurance Company ("Americo") and defendant Equita Financial and
5 Insurance Services ("Equita"), hereby stipulate through their respective attorneys of
6 record that Plaintiffs may file their First Amended Complaint – a copy of which is
7 attached hereto and is filed simultaneously with this Stipulation.

Dated: November 24, 2010    LATHAM & WATKINS LLP
    Ethan J. Brown
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
    Alan B. Clark

By: /s/ Ethan J. Brown
    Ethan J. Brown

Attorney for Defendant
AMERICO FINANCIAL LIFE AND
ANNUITY INSURANCE COMPANY

Dated: November 24, 2010    STRASBURGER & PRICE LLP
    Scott A. Shanes
CARICO RICE TOOMEY LLP
    Philip A. Toomey
    Stuart Johnson

By: /s/ Scott A. Shanes
    Scott A. Shanes

Attorney for Defendant
EQUITA FINANCIAL AND INSURANCE
SERVICES

| | | |
|---|---|---|
| 1 | Dated: November 24, 2010 | CASPER, MEADOWS, SCHWARTZ & COOK |
| 2 | | Michael D. Meadows |
| 3 | | CORNERSTONE LAW GROUP |
| 4 | | Gordon W. Renneisen |

By: /s/ Gordon W. Renneisen
Gordon W. Renneisen

Attorneys for Plaintiffs and all others similarly situated

Dated: Nov. 30, 2010

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA