Michael D. Meadows (State Bar No. 62110)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131

Gordon W. Renneisen (State Bar No. 129794)
Kenneth A. Frost III (State Bar No. 215582)
**CORNERSTONE LAW GROUP**
595 Market Street, Suite 2360
San Francisco, CA 94105
Telephone:  (415) 625.5025
Facsimile:   (415) 655-8236

Attorneys for Plaintiffs and all others
similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WINBERY, ALICE M. BURKE, CONSTANTINO M. AGUILAR, DONNA A. HOFFART and RONALD J. HOFFART, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, EQUITA FINANCIAL AND INSURANCE SERVICES and DOES 1 through 100,<br>　　　　　　　Defendants. | CASE NO. CV 09-0134 JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Hon. Joseph C. Spero<br><br>Complaint Filed: January 12, 2009<br>Trial Date: September 12, 2011 |

1 | The parties to the above-entitled action, plaintiffs Jennifer Winbery, Alice M. Burke, Constantino M. Aguilar, Donna A. Hoffart and Ronald J. Hoffart, on behalf of themselves and all others similarly situated ("Plaintiffs"), defendant Americo Financial Life and Annuity Insurance Company ("Americo") and defendant Equita Financial and Insurance Services ("Equita"), hereby submit this Stipulation and Proposed Order.

**WHEREAS:**

1. Plaintiffs and Americo have entered into a settlement that will certify a settlement class and fully resolve all claims asserted in this action – including all claims asserted against Equita by Plaintiffs.

2. In order to implement the settlement, Plaintiffs and Defendants anticipate executing a Stipulation of Settlement, submitting the settlement to the Court for preliminary approval, providing notice of the settlement to the settlement class, and, ultimately, moving the Court for final approval of the settlement.

3. The fact that the settlement will fully resolve all claims asserted in this action moots the deadlines previously set by the Court – including the January 26, 2011 deadline for Plaintiffs to file a motion for class certification.

4. The parties believe that, before submitting any request for preliminary approval of the settlement, it would be useful to have a Case Management Conference with the Court to discuss the settlement and the Court's preferences regarding the submission of the request for preliminary approval.

**THEREFORE**, the Parties jointly, by and through their undersigned counsel, HEREBY STIPULATE AND AGREE to the following:

1. The January 26, 2011 deadline for Plaintiffs to file a motion for class certification, and all other dates for briefing and hearing a motion for class certification, shall be vacated.

2. A Case Management Conference shall be set for February 4, 2011 at 1:30 p.m.

3. The parties will file a revised and updated joint Case Management Conference Statement on January 28, 2011.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 24, 2011 | LATHAM & WATKINS LLP |
| 3 | | Ethan J. Brown |
| | | ALLEN MATKINS LECK GAMBLE |
| 4 | | MALLORY & NATSIS LLP |
| 5 | | Alan B. Clark |
| 6 | | |
| | | By: /s/ Alan B. Clark |
| 7 | | Ethan J. Brown |
| 8 | | Attorney for Defendant |
| | | AMERICO FINANCIAL LIFE AND |
| 9 | | ANNUITY INSURANCE COMPANY |
| 10 | | |
| 11 | Dated: January 24, 2011 | STRASBURGER & PRICE LLP |
| | | Scott A. Shanes |
| 12 | | CARICO RICE TOOMEY LLP |
| 13 | | Philip A. Toomey |
| | | Stuart Johnson |
| 14 | | |
| 15 | | By: /s/ Scott A. Shanes |
| | | Scott A. Shanes |
| 16 | | |
| 17 | | Attorney for Defendant |
| | | EQUITA FINANCIAL AND INSURANCE |
| 18 | | SERVICES |
| 19 | | |
| 20 | Dated: January 24, 2011 | CASPER, MEADOWS, |
| | | SCHWARTZ & COOK |
| 21 | | Michael D. Meadows |
| | | CORNERSTONE LAW GROUP |
| 22 | | Gordon W. Renneisen |
| 23 | | |
| 24 | | By: /s/ Gordon W. Renneisen |
| | | Gordon W. Renneisen |
| 25 | | |
| 26 | | Attorneys for Plaintiffs and all others similarly situated |
| 27 | | |
| 28 | | |

1 **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 DATED: __01/25__, 2011        _____

5                                   Honorable Joseph C. Spero

6                                   United States Magistrate Judge

3

STIPULATION RE SCHEDULING AND SETTING
CASE MANAGEMENT CONFERENCE
CASE NO. CV 09-0134 JCS