

January 31, 2011

SCOTT A. SHANES
469.287.3906
Scott.Shanes@strasburger.com

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Winbery, et al. v. Americo Financial Life and Annuity Insurance Company, Equita Financial and Insurance Services, et al.*

Dear Magistrate Judge Spero:

I am lead counsel for Co-Defendant Equita Financial and Insurance Services. I will participate in the Case Management Conference ("CMC") that is scheduled for February 4, 2011 at 1:30 p.m. PST. I respectfully request permission to appear for the CMC via telephone. My direct dial number is 469.287.3906

I appreciate your consideration of this request.

Sincerely,

Scott A. Shanes

cc: Michael D. Meadows
Gordon W. Renneisen
Alan B. Clark
Ethan J. Brown
Phillip A. Toomey

Dated: Feb. 1, 2011



Strasburger & Price, LLP
3312623.1/SP/14697/0109/013111 2801 Network Boulevard, Suite 600 • Frisco, Texas 75034 • 469.287.3900 tel • 469.287.3999 fax • www.strasburger.com
Austin • Collin County • Dallas • Houston • New York • San Antonio • Washington D.C.
Strasburger & Price, SC - Mexico City