

May 4, 2011

Philip A. Toomey
ptoomey@cjtllp.com

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District Court of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   Winbery, et al. v. Americo Financial Life and Annuity Insurance Company, et al.
      Case No. 3:09-cv-00134-JCS (N.D. Cal.):  Request to Appear Telephonically

Dear Magistrate Judge Spero:

I am counsel for Defendant Equita Financial and Insurance Services in the above-referenced case.  I respectfully request permission to attend telephonically the upcoming Case Management Conference scheduled for May 11, 2011 at 1:30 p.m. PST.  My telephone number is (310) 569-3238.

Your consideration is appreciated.  If you have any questions, please contact me.

Very truly yours,

CARICO JOHNSON TOOMEY LLP

Philip A. Toomey

cc:  Michael D. Meadows, Esq.
     Gordon W. Renneisen, Esq.
     Scott A. Shanes, Esq.
     Ethan J. Brown, Esq.

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: May 4, 2011

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

**CARICO JOHNSON TOOMEY** LLP  841 Apollo Street, Suite 450, El Segundo, CA 90245
www.cjtLLP.com  P: 310.545.0010  F: 310.546.5477