

May 4, 2011

SCOTT A. SHANES
469.287.3906
Scott.Shanes@strasburger.com

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Winbery, et al. v. Americo Financial Life and Annuity Insurance Company, Equita Financial and Insurance Services, et al.*

Dear Magistrate Judge Spero:

I am lead counsel for Co-Defendant Equita Financial and Insurance Services. I respectfully request permission to participate in the Case Management Conference ("CMC") that is scheduled for May 6, 2011 at 1:30 p.m. PST via telephone. My cell phone number, and the number to be used for this call, is 214.213.6074.

I appreciate your consideration of this request.

Sincerely,

Scott A. Shanes

SAS/amw

cc: Michael D. Meadows
    Gordon W. Renneisen
    Alan B. Clark
    Ethan J. Brown
    Phillip A. Toomey

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: May 4, 2011



3410845.1/SP/14697/0109/050411

Strasburger & Price, LLP
2801 Network Boulevard, Suite 600 • Frisco, Texas 75034 • 469.287.3900 tel • 469.287.3999 fax • www.strasburger.com
Austin • Collin County • Dallas • Houston • New York • San Antonio • Washington D.C.
Strasburger & Price, SC - Mexico City