| | |
|---|---|
| Ethan J. Brown, Esq.<br>Direct Line: +1.213.891.8192<br>ethan.brown@lw.com | 355 South Grand Avenue<br>Los Angeles, California 90071-1560<br>Tel: +1.213.485.1234 Fax: +1.213.891.8763<br>www.lw.com |

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

May 3, 2011

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District Court of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: <u>Winbery et al. v. Americo Financial Life and Annuity Insurance Company et al., Case No. 3:09-cv-00134-JCS (N.D. Cal.); Requests to Appear Telephonically</u>

Dear Magistrate Judge Spero:

    I, on behalf of myself and Alan B. Clark, as counsel for Defendant Americo Financial Life and Annuity Insurance Company in the above-referenced case, respectfully request permission to attend telephonically the upcoming Case Management Conference scheduled for May 6, 2011 at 1:30 p.m. Our telephone numbers are +1.213.891.8192 (Ethan Brown) and +1.213.622.5555 (Alan Clark). Your consideration is appreciated. If you have any questions, please contact us.

                              Sincerely,

                              Ethan J. Brown, Esq.
                              of LATHAM & WATKINS LLP

cc: Alan B. Clark, Esq.
      Michael D. Meadows, Esq.
      Gordon W. Renneisen, Esq.
      Scott A. Shanes, Esq.
      Phillip. A. Toomey, Esq.

Dated: May 4, 2011        IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

*[Court Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

LA\2255016.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, California 90071-1560.

On **May 3, 2011**, I served the following document described as:

### REQUEST TO APPEAR TELEPHONICALLY

by serving a true copy of the above-described document in the following manner:

### BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following parties on **May 3, 2011**:

### SEE ATTACHED SERVICE LIST

The parties on whom this electronic mail has been served have agreed in writing to such form of service pursuant to agreement.

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

### SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **May 3, 2011**, at Los Angeles, California.

_Maria Rubino_
Maria Rubino

LA\2142589.1

# Mailing Information for a Case 3:09-cv-00134-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ethan Joseph Brown**
  ethan.brown@lw.com,james.moon@lw.com

- **Alan Benjamin Clark**
  aclark@allenmatkins.com,mlew@allenmatkins.com

- **Michael Dennis Meadows**
  meadows@cmslaw.com,elizabeth@cmslaw.com

- **Gordon Wayne Renneisen**
  grenneisen@cornerlaw.com,pprill@cornerlaw.com

- **Scott Allen Shanes**
  scott.shanes@strasburger.com,laura.avenson@strasburger.com

- **Philip Anthony Toomey**
  ptoomey@cjtllp.com,sjohnson@cjtllp.com

- **Jennifer Amy Zimbroff**
  jennifer.zimbroff@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sandra Lee Gravano
Merced County Department of Child Support Services
780 Loughborough Drive
Merced, CA 95348-2626

Tiffany Lee Cox Hawkins
Strausburger & Price LLP
2801 Network Boulevard
Frisco, TX 75034

Stuart Johnson
Carico Rice Toomey, LLP
841 Apollo Street
Suite 450
El Segundo, CA 90245
```