# cjtLAW
### an innovative partnership

September 1, 2011

Philip A. Toomey
*ptoomey@cjtllp.com*

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District Court of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Winbery, et al. v. Americo Financial Life and Annuity Insurance Company, et al.*
Case No. 3:09-cv-00134-JCS (N.D. Cal.): Request to Appear Telephonically

Dear Magistrate Judge Spero:

I am counsel for Defendant Equita Financial and Insurance Services in the above-referenced case. I respectfully request permission to attend telephonically the upcoming Fairness Conference hearing scheduled for October 14, 2011 at ~~1:30 p.m.~~ PST. My telephone number is (424) 218-3903.           9:30 a.m.

Your consideration is appreciated. If you have any questions, please contact me.

Very Truly Yours,

CARICO JOHNSON TOOMEY LLP

Philip A. Toomey

cc:   Michael D. Meadows, Esq.
      Gordon W. Renneisen, Esq.
      Scott A. Shanes, Esq.
      Ethan J. Brown, Esq.

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 9:30 p.m. and await the Court's call.



9/6/2011
IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

**CARICO JOHNSON TOOMEY** LLP  841 Apollo Street, Suite 450, El Segundo, CA 90245
www.cjtLLP.com  P: 310.545.0010  F: 310.546.5477