# cjtLAW
an innovative partnership

September 1, 2011

Philip A. Toomey
*ptoomey@cjtllp.com*

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District Court of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *Winbery, et al. v. Americo Financial Life and Annuity Insurance Company, et al.*
        *Case No. 3:09-cv-00134-JCS (N.D. Cal.)*:  Request to Appear Telephonically

Dear Magistrate Judge Spero:

I am counsel for Defendant Equita Financial and Insurance Services in the above-referenced case.  I respectfully request permission to attend telephonically the upcoming Fairness Conference hearing scheduled for October 14, 2011 at ~~1:30 p.m.~~ PST.  My telephone number is (424) 218-3903.  9:30 a.m.

Your consideration is appreciated.  If you have any questions, please contact me.

Very Truly Yours,

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 9:30 p.m. and await the Court's call.

CARICO JOHNSON TOOMEY LLP

Philip A. Toomey

cc:   Michael D. Meadows, Esq.
       Gordon W. Renneisen, Esq.
       Scott A. Shanes, Esq.
       Ethan J. Brown, Esq.



9/6/2011
IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero