| | | |
|---|---|---|
| ANDREW C. SCHWARTZ<br>Certified Civil Trial Specialist/<br>National Board of Trial Advocacy<br><br>STAN CASPER<br>Certified Civil Trial Specialist/<br>National Board of Trial Advocacy<br><br>MICHAEL D. MEADOWS<br><br>LARRY E. COOK<br><br>THOM SEATON<br>NICK CASPER | LAW OFFICES OF<br>**CASPER, MEADOWS, SCHWARTZ & COOK**<br>A PROFESSIONAL CORPORATION<br>CALIFORNIA PLAZA<br>2121 NORTH CALIFORNIA BOULEVARD<br>SUITE 1020<br>WALNUT CREEK, CALIFORNIA 94596-7333 | TEL: (925) 947-1147<br><br>FAX: (925) 947-1131<br><br>EMAIL: INFO@CMSLAW.COM |

February 1, 2012

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Winbery v. Americo, et al.
            Case Number: C09-00134 SBA
            Request to Appear Telephonically

Dear Judge Spero:

    I am counsel for the Plaintiffs in the above-referenced matter. I respectfully request permission to attend telephonically the upcoming Case Management Conference hearing scheduled for February 17, 2012 at 1:30 pm. My telephone number is 925.947.1147.

Respectfully submitted,

CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation

MICHAEL D. MEADOWS

MDM:eap
cc:    Scott A. Shanes, Esq.
        Philip A. Toomey, Esq.
        Gordon Renneisen, Esq.
        Ethan J. Brown, Esq.

IT IS HEREBY ORDERED THAT Mr. Meadows shall be on phone standby beginning at 1:30 p.m., and await the Court's call.

Dated: 2/2/12

*IT IS SO ORDERED*
Judge Joseph C. Spero