February 1, 2012

SCOTT A. SHANES
469.287.3906
Scott.Shanes@strasburger.com

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

**Re:** *Winbery, et al. v. Americo Financial Life and Annuity Insurance Company, Equita Financial and Insurance Services, et al.*; Case No. 3:09-cv-00134-JCS

Dear Magistrate Judge Spero:

I am lead counsel for Co-Defendant Equita Financial and Insurance Services. I respectfully request permission to participate in the Case Management Conference hearing that is scheduled for February 17, 2012 at 1:30 p.m. PST via telephone. My telephone number is 469-287-3906.

I appreciate your consideration of this request.

Sincerely,

*[signature]*

Scott A. Shanes

SAS/amw

cc: (via electronic filing)
  Michael D. Meadows
  Gordon W. Renneisen
  Alan B. Clark
  Ethan J. Brown
  Phillip A. Toomey

IT IS HEREBY ORDERED THAT Mr. Shanes shall be on phone standby beginning at 1:30 p.m., and await the Court's call.

Dated: 2/2/12

*[Seal: IT IS SO ORDERED — Judge Joseph C. Spero, United States District Court, Northern District of California]*