IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WINBERY, et al., on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, EQUITA FINANCIAL AND INSURANCE SERVICES and DOES 1 through 100,<br><br>Defendants. | Case No. C09-00134 JCS<br><br>Hon. Joseph C. Spero |

## [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

A case management conference is currently set for February 17, 2012 at 1:30 p.m. before Magistrate Judge Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Based upon a stipulation of the parties, the case management conference is continued to March 9, 2012 at the same time and location. An updated joint case management conference statement shall be due by March 2, 2012.

DATED : __February 7_____, 2012

By: _____
Hon. Joseph C. Spero
United States Magistrate Judge

920009.01/LA
370265-00003/2-3-12/abc/mmm

## PROOF OF SERVICE

*(Winbery v. Americo Financial Life, et al., Case No. C09-00134 JCS)*

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 515 South Figueroa Street, Ninth Floor, Los Angeles, California 90071-3309.

On February 6, 2012, I served the within document(s) described as **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** on the interested parties in this action as stated below:

Sandra Lee Gravano
Merced County Department of Child Support Services
780 Loughborough Drive
Merced, CA 95348-2626

Tiffany Lee Cox Hawkins
Strausburger & Price LLP
2801 Network Boulevard
Frisco, TX 75034

Stuart Johnson
Carico Rice Toomey, LLP
841 Apollo Street, Suite 450
El Segundo, California 90245

☒ **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above on the above-mentioned date in Los Angeles, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 6, 2012, at Los Angeles, California.

_____         _____
Meri Lew                                *(Signature of Declarant)*
(Type or print name)

920097.01/LA