# cjtLAW
### an innovative partnership

February 8, 2012

Philip A. Toomey
*ptoomey@cjtllp.com*

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District Court of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Winbery, et al. v. Americo Financial Life and Annuity Insurance Company, et al.*
Case No. 3:09-cv-00134-JCS (N.D. Cal.): Request to Appear Telephonically

Dear Magistrate Judge Spero:

I am counsel for Defendant Equita Financial and Insurance Services in the above-referenced case. I respectfully request permission to attend telephonically the upcoming Case Management Conference hearing scheduled for March 9, 2012 at 1:30 p.m. PST. My telephone number is (310) 545-0010 extension 103.

Your consideration is appreciated. If you have any questions, please contact me.

Very Truly Yours,

CARICO JOHNSON TOOMEY LLP

Philip A. Toomey

cc: Michael D. Meadows, Esq.
Gordon W. Renneisen, Esq.
Scott A. Shanes, Esq.
Ethan J. Brown, Esq.

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 1:30 p.m., and await the Court's call.

Dated: Feb. 9, 2012

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA