# Strasburger
ATTORNEYS AT LAW

February 16, 2012

SCOTT A. SHANES
469.287.3906
Scott.Shanes@strasburger.com

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Winbery, et al. v. Americo Financial Life and Annuity Insurance Company, Equita Financial and Insurance Services, et al.*; Case No. 3:09-cv-00134-JCS

Dear Magistrate Judge Spero:

I am lead counsel for Co-Defendant Equita Financial and Insurance Services. I respectfully request permission to participate in the Case Management Conference hearing that is scheduled for March 9, 2012 at 1:30 p.m. PST via telephone. My telephone number is 469-287-3906.

I appreciate your consideration of this request.

Sincerely,

[signature]

Dated: Feb. 23, 2012

IT IS SO ORDERED
[signature]
Judge Joseph C. Spero

Scott A. Shanes

SAS/amw

cc:   (via electronic filing)
      Michael D. Meadows
      Gordon W. Renneisen
      Alan B. Clark
      Ethan J. Brown
      Phillip A. Toomey

3819847.1/SP/14697/0109/021612

**Strasburger & Price, LLP**

2801 Network Boulevard, Suite 600 | Frisco, Texas 75034.1872 | 469.287.3900 tel | 469.287.3999 fax | www.strasburger.com

Austin | Collin County | Dallas | Houston | San Antonio | New York | Washington, D.C. | Mexico City - Strasburger & Price, SC